# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145639(32)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 145639
                                     COA: 309196

WILLIAM JOE BLANKENSHIP, a/k/a
WILLIAM JOE BLANKINSHIP,
      Defendant-Appellant.

Jackson CC: 08-004718-FH

_____/

        On order of the Court, the motion for reconsideration of this Court's December 26, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

Clerk

d0325